UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | Case No. 2:13-cv-947-JRG-RSP |
| v. | § § | |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., | § § § | JURY TRIAL REQUESTED |
| Defendant. | § § | |

## MTEL'S NOTICE OF COMPLIANCE

On March 31, 2015, MTel filed its Opposed Motion to Amend the Docket Control Order (Dkt. 71), which amended the deadline to Serve Disclosures for the Expert Witnesses by the Party with the Burden of Proof from the originally scheduled date of April 13, 2015, to the proposed date of April 28, 2015. MTel's Motion is currently pending before this Court.

On April 27, 2015, MTel served the Opening Expert Report of Dr. Harry Bims to all counsel of record via electronic mail. Plaintiff Mobile Telecommunications Technologies, LLC hereby files this notice of compliance with the proposed Docket Control Order.

Dated: April 28, 2015

Respectfully submitted,

*/s/ Dustin L. Taylor*
Daniel R. Scardino
Texas State Bar No. 24033165
Craig S. Jepson
Texas State Bar No. 24061364
Dustin L. Taylor
Texas State Bar No. 24088510
Debra L. Dennett
Texas State Bar No. 00793610
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX 78701
Tel. (512) 474-2449
Fax (512) 474-2622
dscardino@reedscardino.com
cjepson@reedscardino.com
jhendricks@reedscardino.com
dtaylor@reedscardino.com
ddennett@reedscardio.com

Deron Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone & fax)
ddacus@dacusfirm.com

**ATTORNEYS FOR PLAINTIFF
MOBILE TELECOMMUNICATIONS
TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Dustin L. Taylor*
Dustin L. Taylor