# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>2:13-cv-00947-JRG-RSP<br><br><br><br>**JURY TRIAL DEMANDED** |

## LGEMU'S OPPOSED MOTION FOR EXPEDITED BRIEFING REGARDING EMERGENCY MOTION TO COMPEL DISCOVERY FROM MTEL

Defendant LG Electronics MobileComm U.S.A., Inc. ("LGEMU") respectfully requests that the Court set an expedited briefing schedule on LGEMU's Emergency Opposed Motion to Compel Discovery from MTel, filed on February 4, 2016, as Dkt. No. 233.  As set forth in the Motion to Compel, such discovery is necessary so that LGEMU is able to determine whether MTel can properly continue to accuse products sold by LGEMU to AT&T in this litigation in view of a recent settlement reached as between MTel and AT&T.  This discovery could have a material impact on the amount of damages that MTel can assert it is entitled to in this case, as is evident from the Court's recent Report and Recommendation issued earlier this week, which held that MTel cannot accuse certain devices sold by LGEMU to T-Mobile in view of a Settlement Agreement between MTel and T-Mobile. D.I. 216.  As such, it is vital that LGEMU gain access to this discovery in time to address it at trial.  Insofar as trial is scheduled to begin on February 8, 2016, there is insufficient time to brief the Motion to Compel in accordance with the

time allotted by the Local Rules. LGEMU suggests that the response of MTel be due on Friday, February 5, 2016 by noon, and that LGEMU not be permitted a Reply.

Dated:  February 4, 2016

Respectfully submitted,

By: */s/ Jamie B. Beaber (w/permission by Allen F. Gardner)*
Jamie B. Beaber (D.C. Bar No. 484186)
Kfir B. Levy (D.C. Bar No. 989212)
Harry H. Park (D.C. Bar No. 1001724)
William J. Barrow (D.C. Bar No. 989299)
Tiffany A. Miller (D.C. Bar No. 982735)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
klevy@mayerbrown.com
harrypark@mayerbrown.com
wbarrow@mayerbrown.com
tmiller@mayerbrown.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
POTTER MINTON, PC
110 North College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

***Attorneys for Defendant/Counterclaimant LG Electronics MobileComm U.S.A. Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of February, 2016, with a copy of this document via electronic mail pursuant to Local Rule CV-5(d).

*/s/ Allen F. Gardner*

## **CERTIFICATE OF CONFERENCE**

I certify that Defendant LGEMU has complied with the requirements of Local Rule CV-7(h). This motion is opposed. Specifically, the parties held a telephonic meet and confer on February 3, 2016. Jamie Beaber attended on behalf of LGEMU. Deron Dacus attended on behalf of MTel. Although the parties discussed their respective positions, they did not come to agreement and, as such, the meet and confer process ended in an impasse.

*/s/ Allen F. Gardner*