IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS MOBILECOMM U.S.A., INC., <br><br> Defendant. | § § § § § § § § § § § § § Case No. 2:13-cv-947-JRG-RSP |

## ORDER

Pending before the Court are Plaintiff's Objections to the Report and Recommendation. (Dkt. No. 236.) The Report (Dkt. No. 216) recommended finding that Defendant was covered by a provision of an agreement between Plaintiff and T-Mobile, a third-party to this suit. The Court has reviewed the objected-to portions of the Report and Recommendation *de novo* and finds that the Report and Recommendation (Dkt. No. 216) should be **ADOPTED**. Accordingly, Plaintiff's Objections to the Report and Recommendation (Dkt. No. 236) are **OVERRULED** and Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 185) is **DENIED**.

So Ordered this

Feb 6, 2016

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE